IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| HAROLD L. PHILLIPS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-04-006 |
| | § | |
| STATE OF TEXAS, ET AL. | § | |

## FINAL JUDGMENT

Pursuant to the Opinion and Order entered by this Court on even date herewith, it is **ORDERED** and **ADJUDGED** that the Plaintiff, Harold L. Phillips, take nothing and that his Complaint is **DISMISSED, with prejudice**, for his failure to make or cooperate in appropriate discovery.

It is further **ORDERED** and **ADJUDGED** that the Defendants **RECOVER** of Plaintiff, Harold L. Phillips, attorney's fees in the amount of **$1,500.00**, reasonable expenses in the amount of **$1,300.00** as a result of Plaintiff's discovery abuses, and **ALL** costs of this action.

This is a **FINAL JUDGMENT.**

DONE at Galveston, Texas this 20th day of April, 2006.

_____
Samuel B. Kent
United States District Judge